**CLARK LAW FIRM, P.C.**
63 East Main Street, Suite 501
Mesa, Arizona 85201
(480) 844-0039
etc@clarkfirm.com
Ezra T. Clark, III (I.D. No. 14998)
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LAURIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK ALIGNMENT & BRAKES, INC., an Arizona corporation; SEAN WEBSTER and JANE DOE WEBSTER, husband and wife; SCOTT WEBSTER and JANE DOE WEBSTER 2, husband and wife,<br><br>    Defendants. | No. CV15-01740- PHX-DLR<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE AS TO ALL CLAIMS ALLEGED AGAINST DEFENDANTS** |

The above-captioned Fair Labor Standards Act ("FLSA") lawsuit has been settled. Plaintiff, Laurie Smith, and Network Alignment & Brakes, Inc., Sean Webster and Scott Webster respectfully move the Court to: (1) approve the Settlement Agreement that is attached hereto as <u>Exhibit A</u>; and (2) enter an Order dismissing *with prejudice* all of the claims that are alleged by Plaintiff against Defendants in the above-captioned matter. The parties respectfully submit that this motion should be granted because the proposed Settlement Agreement represents and fair and reasonable resolution of a *bone fide* dispute.

In support of their Joint Motion, Plaintiff and Defendants state as follows.

1

1. Plaintiff and Defendants have reached an agreement to fully and finally settle all of Plaintiff's claims against Defendants.

2. The terms of that agreement have been reduced to a written Settlement Agreement, a copy of which is attached as <u>Exhibit A</u>.

3. Plaintiff and Defendants respectfully submit that this Motion should be granted because the proposed Settlement Agreement represents a fair and reasonable resolution of the parties' dispute as to whether Plaintiff was employed in a position exempt from the overtime requirements of the FLSA, and whether back wages are due and owing.

4. As a material inducement for Defendants to enter into the Settlement Agreement, Plaintiff has agreed: (a) to cause each of the Defendants to be dismissed from the above-captioned matter *with prejudice*; and (b) to effectuate the dismissal *with prejudice* of all of the claims that are alleged (and that have been alleged) by Plaintiff against Defendants.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve the attached Settlement Agreement and enter an Order dismissing with prejudice the above-captioned Complaint against Defendants.

DATED this 20th day of January, 2016.

AGREED AND APPROVED:

| **PHILLIP DAYES, P.C.** | **CLARK LAW FIRM, P.C.** |
|---|---|
| /s/Trey Dayes<br>Trey Dayes<br>3101 N. Central Ave., #1500<br>Phoenix, Arizona  85012<br>Attorneys for Plaintiff | /s/ Ezra T. Clark, III<br>Ezra T. Clark, III<br>63 East Main Street, 5th Floor<br>Mesa, Arizona  85201<br>Attorneys for Defendants |